[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-12758
Non-Argument Calendar
_____

D.C. Docket No. 9:17-cr-80023-KAM-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSHUA EUGENE CHRISTIE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(September 13, 2018)

Before ED CARNES, Chief Judge, HULL, and JULIE CARNES, Circuit Judges.

PER CURIAM:

Rosanne Brady, appointed counsel for Joshua Eugene Christie in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Christie's conviction and sentence is **AFFIRMED**.